IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY D. LEE, et al.,

    Plaintiffs,                            No. CIV S-10-2700 MCE GGH PS

    vs.

BAC HOME LOANS SERVICING, LP,

    Defendant.                           ORDER

_____/

    Defendant's motion to dismiss presently is calendared for hearing on December 16, 2010.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R. 230(g).

    Accordingly, IT IS ORDERED that:

    1. The December 16, 2010 hearing on the motion to dismiss, filed November 12, 2010, is vacated; and

    2. The motion is submitted on the record.

DATED: December 10, 2010                    /s/ Gregory G. Hollows

                                              U. S. MAGISTRATE JUDGE

GGH:076:Lee2700.vac.wpd